# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>TRAVIS M LAWRENCE<br>              Defendant. | Location Code/Violation Number: CA76   6377473<br>USDC Case Number:           6:17-PO-00267-MJS<br><br>**ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE**<br>**(Violation Notice)** |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

| Charge(s): | Nature of Charge(s) |
|---|---|
| **36 CFR 4.21(c)** | **Exceeding Speed Limits** |

**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

☑   **PAY** a fine in the amount of $ 350.00 , a special assessment of $ 0.00 and a $ 30.00 processing fee for a total financial obligation of $380.00 , due immediately or in monthly payments of $ 65.00 per month commencing on **July 1, 2017** and payable each month thereafter by the 1st of the month until paid in full. The entire financial obligation must be paid in full by **December 1, 2017** .

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| ☑ | **CENTRAL VIOLATIONS BUREAU**<br>P.O. Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982<br>              -or-<br>Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line" | ☐ | CLERK, United States District Court<br>Eastern District of California- Fresno Division<br>2500 Tulare Street, Suite 1501<br>Fresno, CA 93721 |
|---|---|---|---|

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

Dated: 06/01/17

                                                                             /s/ *Michael J. Seng*

                                                                             Michael J. Seng
                                                                             United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*

  cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  ML